**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

AMERICAN HERITAGE TEXTILES, LLC,

Plaintiff,

v. Civil Action No. ____________

DUKE IMPORTS, INC. and DOE DEFENDANTS 1-8,

Defendants.

----------------------------------------------------------------x

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the declarations submitted in support thereof, the exhibits thereto, the pleadings and proceedings herein, and upon such other and further matters as may properly come before the Court, Plaintiff American Heritage Textiles, LLC will move this Court, on a date and at a time to be determined by the Court, for an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiff's Motion for a Preliminary Injunction, together with such other and further relief as the Court deems just and proper.

Dated: July 22, 2026

Respectfully submitted,

AXENFELD LAW GROUP LLC

/s/ Dmitry Lapin
Dmitry Lapin, Esq.
2001 Market St. #2500
Philadelphia PA 19103
917-979-4570
dmitry@axenfeldlaw.com

DANCHUK LAW, LLC

/s/ Emily A. Danchuk
Emily A. Danchuk, Esq.
244 Fifth Ave, Ste E121
New York, NY 10001
Tel: (207) 747-4135
Email: emily@emilyesquire.com

*Attorneys for Plaintiff American Heritage Textiles, LLC*